UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA CARPENTERS PENSION FUND, *et al.*, ) | |
|     *Plaintiffs*, ) | |
| ) | |
|     *vs.* ) | 1:14-cv-615-JMS-MJD |
| ) | |
| SHUCK CORPORATION, *et al.*, ) | |
|     *Defendants*. ) | |

## ORDER TO SHOW CAUSE

The Court's review of the docket in this action reflects no activity since June 5, 2014. Plaintiffs must **SHOW CAUSE** no later than **October 31, 2014**, why the Court should not dismiss this action without prejudice for failure to prosecute. See *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) ("The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *see also GCIU Employer Retirement Fund v. Chicago Tribune Co.*, 8 F.3d 1195, 1198-1199 (7th Cir. 1993) ("[A] party cannot decide for itself when it feels like pressing its action and when it feels like taking a break because trial judges have a responsibility to litigants to keep their court calendars as current as humanly possible." (quotation omitted)). Any response to this Order must include a proposed schedule to promptly resolve this action. A failure to respond will be deemed consent to a dismissal without prejudice.

10/17/2014

                                                    Hon. Jane Magnus-Stinson, Judge
                                                  United States District Court
                                                  Southern District of Indiana

**Distribution via US Mail:**

Shuck Corporation c/o
David Shuck, Reg. Agent
3050 S. Harding St.
Indianapolis, IN 46217


**Distribution via ECF:**

Paul T. Berkowitz
PAUL T. BERKOWITZ & ASSOCIATES, LTD.
paul@ptblaw.com

Thomas Edward Moss
PAUL T. BERKOWITZ & ASSOCIATES
tom@ptblaw.com